**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**JEFFERY JOHN DUHON, JR.**                                **PLAINTIFF**

**VERSUS**                                           **CIVIL ACTION NO. 1:08cv282-JMR**

**DAVID ALLISON**                                         **DEFENDANT**

_____

**FINAL JUDGMENT**

This matter came on to be heard on the Motion [35-1] to Dismiss filed by the Defendant, on April 24, 2009. The Court, after a full review and consideration of the record, the parties' submissions, the pleadings on file and the relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED**, that this Civil Action is hereby dismissed without prejudice. All remaining pending motions are hereby rendered moot.

**SO ORDERED AND ADJUDGED**, this the 15th day of September, 2009.

                                                 _s/ John M. Roper, Sr._
                                         **CHIEF UNITED STATES MAGISTRATE JUDGE**